IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES A. LEWIS, JR,

        Plaintiff,

v.             Civil No. 3:25-cv-00053-DJN

EQUIFAX INFORMATION SERVICES, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC, and
CAPITAL ONE BANK, NA,

        Defendants.

**ORDER GRANTING DEFENDANT TRANS UNION LLC'S
CONSENT MOTION FOR EXTENSION OF TIME**

Trans Union LLC ("Trans Union"), by and through its attorney of record, filed a Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION THEREOF, for good cause shown and by agreement of counsel for Plaintiff and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED, and DECREED that Trans Union shall be GRANTED an extension of time until March 10, 2025, to file its Answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED, this the _____ day of _____ 2025.

_____
**HONORABLE DAVID H. NOVAK**
UNITED STATES DISTRICT COURT JUDGE