IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES A. LEWIS, JR,

        Plaintiff,

v.                                                 Civil No. 3:25-cv-00053-DJN

EQUIFAX INFORMATION SERVICES, LLC
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC, and
CAPITAL ONE BANK, NA,

        Defendants.

**DEFENDANT TRANS UNION LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

    1.    Pursuant to Local Rule 7.1 of the Eastern District of Virginia, Trans Union LLC discloses that:

    a.    The following are parents, subsidiaries and/or affiliate entities that have issued shares or debt securities to the public or are a publically held entity that owns 10% or more of Trans Union LLC: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

    b.    The following are owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Intermediate Holdings, Inc. is the sole member of Trans Union LLC.

7810019.1

2. Pursuant to Federal Rule of Civil Procedure 7.1, Trans Union LLC hereby discloses that the following are the parent corporation and any publicly held corporation owning 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity, own more than 10% of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

        Respectfully submitted,

        */s/ Marc F. Kirkland*
        Marc F. Kirkland
        Virginia Bar Number 96234
        *Attorneys for Trans Union LLC*
        Quilling, Selander, Lownds,
        Winslett & Moser, P.C.
        6900 N. Dallas Parkway, Suite 800
        Plano, Texas 75024
        Phone: (214) 560-5454
        Fax: (214) 871-2111
        mkirkland@qslwm.com

DATED: February 11, 2025.

7810019.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Jason Meyer Krumbein
JKrumbein@krumbeinlaw.com
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
(804) 592-0792
*Counsel for Plaintiff*

/s/ Marc F. Kirkland
Marc F. Kirkland
Virginia Bar Number 96234
*Attorneys for Trans Union LLC*
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Phone: (214) 560-5454
Fax:  (214) 871-2111
mkirkland@qslwm.com