UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| James A. Jr. Lewis, Jr.  Plaintiff  v.  Equifax Information Services, LLC Experian Information Solutions, Inc. Trans Union, LLC Capital One Bank, NA  Defendants | ] ] ] ] ] ] ] ] ] | Case#: 3:25-CV-53-DJN  **JURY DEMANDED** |
|---|---|---|

CONSENT TO EXTENSION BY TRANSUNION, LLC

Mr. Lewis, by counsel, CONSENTS to the extension by TransUnion, LLC.

James A. Lewis, Jr.

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 11 February 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Marc F. Kirkland, Esq.
Counsel for TransUnion, LLC

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)