IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JAMES A LEWIS, JR,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and CAPITAL ONE, N.A.,<br><br>    Defendants. | Civil Action No. 3:25-cv-00053-DJN |

## PROPOSED ORDER

Having reviewed the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint be granted, and that Defendant Equifax Information Services LLC shall have up to and including March 19, 2025, to respond to Plaintiff's Complaint.

DONE AND ORDERED in Chambers this _____ day of _____ 2025.

                                                                                       _____
                                                                                                    United States District Judge