UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____ DIVISION

James A. Lewis, Jr
_____
            vs.

Equifax Information Services, LLC, Trans Union,LLC,    Civil/Criminal Action No. 3:25-cv-00053
Experian Information Solutions, Inc, and Capital One,
N.A.,

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
EQUIFAX INFORMATION SERVICES LLC
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
EQUIFAX INC.

Or

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

02/17/2025                                  *John W. Montgomery, Jr.*
Date                                        Signature of Attorney or Litigant
                                            Counsel for ____Equifax Information
                                            Services, LLC_____

Rev. 03/12/19