**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| JAMES A. LEWIS, JR.,<br><br>                  Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and CAPITAL ONE BANK, N.A.<br><br>                  Defendants. | Case No. 3:25-CV-53 |

**CORPORATE DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Capital One, N.A. ("Capital One") erroneously sued as "Capital One Bank, N.A.,"[1] by and through its undersigned counsel, provides the following corporate disclosure statement and states as follows:

Capital One's parent corporation is Capital One Financial Corporation. Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

Dated: February 18, 2025.
                                                                                                  */s/ John D. Sadler*
                                                                                                  John D. Sadler, Esquire (VSB 80026)
                                                                                                  BALLARD SPAHR LLP
                                                                                                  1909 K. Street, 12th Floor
                                                                                                  Washington, D.C. 20006-1157
                                                                                                  Tel: (202) 661-7659
                                                                                                  Fax: (202) 661-2299
                                                                                                  sadlerj@ballardspahr.com

                                                                                                  *Attorneys for Defendant, Capital One, N.A.*

---

[1] On October 1, 2022, Capital One Financial Corporation completed the merger of its wholly-owned subsidiary Capital One Bank (USA), National Association with and into Capital One, N.A., a wholly-owned subsidiary of Capital One Financial Corporation, with Capital One, N.A. as the surviving entity.

## CERTIFICATE OF SERVICE

I certify that on February 18, 2025, I caused a true and correct copy of the foregoing Defendant Capital One N.A's Corporate Disclosure Statement to be served *via* ECF upon all counsel of record.

    */s/ John D. Sadler*
    John D. Sadler