IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES A. LEWIS, JR.,
    Plaintiff,

v.                                                Civil No. 3:25cv53 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
    Defendants.

## ORDER
### (Granting Motion to Extend Deadline)

This matter comes before the Court on Defendant Equifax Information Services LLC's ("Defendant") Consent Motion for Extension of Time (ECF No. 8). Defendant requires additional time to adequately respond to Plaintiff's Complaint. For good cause shown and because Plaintiff does not object, the Court hereby GRANTS Defendant's Consent Motion for Extension of Time (ECF No. 8). Defendant may file their response to Plaintiff's Complaint no later than March 19, 2025.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                           /s/
                                              David J. Novak
                                              United States District Judge

Alexandria, Virginia
Dated: February 18, 2025