UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| James A. Lewis, Jr.<br>    Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.<br>Trans Union, LLC<br>Capital One Bank, NA<br>    Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Case#: 3:25-CV-53-DJN<br><br><br>**JURY DEMANDED** |

NOTICE OF PENDING SETTLEMENT

AS TO CAPITAL ONE BANK, NA and TRANSUNION, LLC

Mr. Lewis, by counsel, gives notice to the court and all parties that a settlement agreement has been reached in principal and a stipulation of Dismissal is expected within 21 days.

                                       **James A. Lewis, Jr.**

                                       /s/ Jason M. Krumbein, Esq.
                                       Jason M. Krumbein, Esq. VSB#43538
                                       JKrumbein@KrumbeinLaw.com (e-mail)
                                       Counsel for Plaintiff
                                       1650 Willow Lawn Drive, Suite 201
                                       Richmond, VA 23230
                                       804.592.0792
                                       804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 7 March 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Marc F. Kirkland, Esq.
Counsel for TransUnion, LLC

John W. Montgomery, Esq.
Counsel for Equifax Information Services, LLC

John D. Sadler, Esq.
Counsel for Capital One Bank, LLC

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)