UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| James A. Lewis, Jr. ]<br>   Plaintiff ]<br>] <br>v. ]<br>]<br>Equifax Information Services, LLC ]<br>Experian Information Solutions, Inc. ]<br>Trans Union, LLC ]<br>Capital One Bank, NA ]<br>   Defendants | Case#: 3:25-CV-53-DJN<br><br>**JURY DEMANDED** |

STIPULTION OF DISMSSAL AS TO TRANSUNION, LLC

Plaintiff, by counsel and TransUnion, LLC, by counsel, enter this STIPULATION OF DISMISSAL with prejudice as to TransUnion, LLC pursuant to FRCP 41(a)(1)(A)(ii). The court shall retain jurisdiction to enforce the terms of the settlement agreement.

**James A. Lewis, Jr.**                    **TransUnion, LLC**

/s/ Jason M. Krumbein, Esq.                /s/ Marc F. Kirkland, Esq.
Jason M. Krumbein, Esq. VSB#43538          Marc F. Kirkland, Esq. VSB # 96234
JKrumbein@KrumbeinLaw.com (e-mail)         MKirkland@QSLWM.com (email)
Counsel for Plaintiff                      Counsel for TransUnion, LLC
10307 W. Broad St. Suite 293               6900 N. Dallas Pkwy, Suite 800
Glen Allen, VA 23060                       Plano, TX 75024
804.592.0792                               214.560.5454
804.823.2565 (fax                          214.871.2111 (fax)

)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 17 March 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Marc F. Kirkland, Esq.
Counsel for TransUnion, LLC

John W. Montgomery, Esq.
Counsel for Equifax Information Services, LLC

John D. Sadler, Esq.
Counsel for Capital One Bank, LLC

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)