IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JAMES A LEWIS, JR, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and CAPITAL ONE, N.A., <br><br> Defendants. | Civil Action No. 3:25-cv-00053-DJN |

**CONSENT MOTION FOR SECOND EXTENSION OF TIME
FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 7, respectfully requests a second and final extension of time, through and including April 18, 2025, to respond to Plaintiff's Complaint, and in support thereof states:

1. On January 23, 2025, Plaintiff filed a Complaint in the United States District Court for the Western District of Virginia, Charlottesville Division, styled *James A. Lewis, Jr., v. Equifax Information Services LLC, et al.;* Case No. 3:25-cv-00053 (ECF No. 1).

2. Equifax was served via process service on its registered agent, Corporation Service Company, on January 27, 2025.

3. Equifax requested and was granted a first extension, making Equifax's response to Plaintiff's Complaint is currently due on March 19, 2025.

4. Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. In addition, the Parties are engaged in settlement

discussions. Accordingly, Equifax respectfully requests a second and final extension of the deadline to respond to Plaintiff's Complaint, up to and including April 18, 2025.

5. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel regarding settlement, and, if necessary, prepare a response to the Complaint. This is Equifax's second request for an extension of time.

6. On March 17 2025, Equifax's counsel conferred with Plaintiff's counsel regarding the basis for this request and its need for an extension. Plaintiff's counsel had no objection and provided his assent to the requested extension.

WHEREFORE, Equifax respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Complaint, up to and including April 18, 2025. A Proposed Order is attached hereto as an Exhibit to this Motion.

DATED: March 19, 2025 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　EQUIFAX INFORMATION SERVICES LLC


　　　　　　　　　　　　　　　　　　　　　By: */s/ John W. Montgomery*
　　　　　　　　　　　　　　　　　　　　　　　John W. Montgomery, Jr.
　　　　　　　　　　　　　　　　　　　　　　　VSB No. 37149
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Equifax Information Services, LLC
　　　　　　　　　　　　　　　　　　　　　　　Traylor, Montgomery & Elliott, PC
　　　　　　　　　　　　　　　　　　　　　　　130 E. Wythe Street
　　　　　　　　　　　　　　　　　　　　　　　Petersburg, VA 23803
　　　　　　　　　　　　　　　　　　　　　　　Tel: (804) 861-1122
　　　　　　　　　　　　　　　　　　　　　　　Fax: (804) 733-6022
　　　　　　　　　　　　　　　　　　　　　　　Email: jmontgomery@tmande.com

84704672v.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025, I filed the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and counsel of record.

                                                  */s/ John W. Montgomery, Jr.*
                                                  John W. Montgomery, Jr.
                                                  *Counsel for Defendant*
                                                  *Equifax Information Services LLC*