IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| JAMES A LEWIS, JR,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and CAPITAL ONE, N.A.,<br><br>    Defendants. | Civil Action No. 3:25-cv-00053-DJN |

**PROPOSED ORDER**

Having reviewed the Consent Motion for a Second Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that the Consent Motion for Second Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint be granted, and that Defendant Equifax Information Services LLC shall have up to and including April 18, 2025, to respond to Plaintiff's Complaint.

DONE AND ORDERED in Chambers this ____ day of _____ 2025.

_____
United States District Judge

84709488v.1