IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES A. LEWIS, JR.,
    Plaintiff,

v.                                      Civil No. 3:25cv53 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
    Defendants.

## ORDER
**(Acknowledging Stipulation of Dismissal with Prejudice as to TransUnion)**

This matter comes before the Court on Plaintiff James A. Lewis, Jr.'s and Defendant TransUnion, LLC's ("TransUnion") Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 17.) The Court hereby ACKNOWLEDGES this voluntary dismissal with prejudice. The Court shall also retain jurisdiction to enforce the terms of the settlement agreement between the parties.

The Court DIRECTS the Clerk's Office to close this case as to TransUnion.

This case as to TransUnion is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                       /s/
                                                   David J. Novak

Richmond, Virginia                        United States District Judge
Dated: March 19, 2025

---

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for both parties signed the stipulation.