IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES A. LEWIS, JR.,
    Plaintiff,

v.                                                            Civil No. 3:25cv53 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al*.,
    Defendants.

## ORDER
### (Granting Second Consent Motion to Extend Deadline)

This matter comes before the Court on Defendant Equifax Information Services LLC's

("Defendant") Second Consent Motion for Extension of Time (ECF No. 18). Defendant requires

additional time to adequately respond to Plaintiff's Complaint and continue to engage in

settlement discussions with Plaintiff. For good cause shown and because Plaintiff does not

object, the Court hereby GRANTS Defendant's Second Consent Motion for Extension of Time

(ECF No. 18). Defendant may file their response to Plaintiff's Complaint no later than April 18,

2025.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                              /s/

                              David J. Novak
                              United States District Judge

Richmond, Virginia
Dated: March 19, 2025