**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**JAMES A LEWIS, JR.,**

    **Plaintiff,**

**v.**                                                                     **Civil Action No. 3:25-cv-00053-DJN**

**EQUIFAX INFORMATION SERVICES
LLC, TRANSUNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC. and
CAPITAL ONE, NATIONAL
ASSOCIATION,**

    **Defendants.**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
CONSENT MOTION FOR AN EXTENSION OF TIME**

Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7(F)(2)(b), files this consent motion for an extension of time to and including May 7, 2025, within which to file its responsive pleadings to the Complaint filed by Plaintiff, James A Lewis, Jr. ("Plaintiff"). In support, Experian states as follows:

Experian's counsel, who was just retained, continues to review the allegations of the Complaint and requires additional time to respond to the same. Experian's counsel has communicated with counsel for Plaintiff, who are agreeable to the requested extension. A proposed Order is attached hereto as **Exhibit A**.

WHEREFORE, Defendant, Experian Information Solutions, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting Experian's Consent Motion for an Extension of Time; (2) providing Experian with an extension of time to file its responsive pleadings until on or before May 7, 2025; and (3) awarding Experian such further relief as the Court deems appropriate.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By: */s/ David N. Anthony*
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Experian Information Solutions, Inc.*
    TROUTMAN PEPPER LOCKE LLP
    1001 Haxall Point
    Richmond, VA 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

>  */s/ David N. Anthony*
> David N. Anthony
> Virginia State Bar No. 31696
> *Counsel for Experian Information Solutions, Inc.*
> TROUTMAN PEPPER LOCKE LLP
> 1001 Haxall Point
> Richmond, VA 23219
> Telephone: (804) 697-5410
> Facsimile: (804) 698-5118
> Email: david.anthony@troutman.com

310765159