# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

JAMES A LEWIS, JR.,

    Plaintiff,

v.                                          Civil Action No. 3:25-cv-00053-DJN

EQUIFAX INFORMATION SERVICES LLC, TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and CAPITAL ONE, NATIONAL ASSOCIATION,

    Defendants.

## [PROPOSED] ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Consent Motion for an Extension of Time to file responsive pleadings to the Complaint filed by Plaintiff, James A Lewis, Jr. ("Plaintiff"),

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Plaintiff, and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Consent Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendant, Experian Information Solutions, Inc., shall be GRANTED an extension of time until on or before May 7, 2025 to file its responsive pleadings to the Complaint filed by James A Lewis, Jr.

The Clerk is directed to send a copy of this Order to counsel of record.

Dated: _____            _____
                                                                   United States District Court Judge

310765211