UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES A LEWIS, JR.,

    Plaintiff,

v.                                  Civil Action No. 3:25-cv-00053-DJN

EQUIFAX INFORMATION SERVICES
LLC, TRANSUNION LLC, EXPERIAN
INFORMATION SOLUTIONS, INC. and
CAPITAL ONE, NATIONAL
ASSOCIATION,

    Defendants.

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

> Experian PLC is the parent company of Experian; (2) Experian PLC owns 100 percent of Experian; (3) Experian PLC is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian PLC is publicly traded on the London Stock Exchange.

**EXPERIAN INFORMATION SOLUTIONS, INC.**

By: *<u>/s/ David N. Anthony</u>*
    David N. Anthony
    Virginia State Bar No. 31696
    *Counsel for Experian Information Solutions, Inc.*
    TROUTMAN PEPPER LOCKE LLP
    1001 Haxall Point
    Richmond, VA  23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2025, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ David N. Anthony
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

3

310764853