UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| James A. Lewis, Jr.<br>   Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.<br>Trans Union, LLC<br>Capital One Bank, NA<br>   Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Case#: 3:25-CV-53-DJN<br><br><br>**JURY DEMANDED** |

CONSENT TO EXTENSION BY EXPERIAN INFORMATON SERVICES, INC

Mr. Lewis, by counsel, CONSENTS to the extension.

                        James A. Lewis, Jr.

                        /s/ Jason M. Krumbein, Esq.
                        Jason M. Krumbein, Esq. VSB#43538
                        JKrumbein@KrumbeinLaw.com (e-mail)
                        Counsel for Plaintiff
                        1650 Willow Lawn Drive, Suite 201
                        Richmond, VA 23230
                        804.592.0792
                        804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 3 April 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Marc F. Kirkland, Esq.
Counsel for TransUnion, LLC

John W. Montgomery, Esq.
Counsel for Equifax Information Services, LLC

David N. Anthony, Esq.
Counsel for Experian Information Solutions, Inc.

John D. Sadler, Esq.
Counsel for Capital One Bank, LLC

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)