IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES A. LEWIS, JR.,
     Plaintiff,

v.                                        Civil No. 3:25cv53 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
     Defendants.

## ORDER
### (Granting Consent Motion to Extend Deadline)

     This matter comes before the Court on Defendant Experian Information Solutions, Inc.'s

("Defendant") Consent Motion for Extension of Time. (ECF No. 22.) Defendant's recently

retained counsel requires additional time to investigate Plaintiff's claims and respond

accordingly. For good cause shown and because Plaintiff consents (ECF No. 24), the Court

hereby GRANTS Defendant's Consent Motion for Extension of Time. (ECF No. 22.)

Defendant may file their response to Plaintiff's Complaint no later than May 7, 2025.

     Let the Clerk file a copy of this Order electronically and notify all counsel of record.

     It is so ORDERED.


                                       _____/s/_____

                                       David J. Novak
                                       United States District Judge


Alexandria, Virginia
Dated: <u>April 4, 2025</u>