UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| James A. Lewis, Jr.<br>   Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.<br>Trans Union, LLC<br>Capital One Bank, N.A.<br>   Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Case#: 3:25-CV-53-DJN<br><br><br><br>**JURY DEMANDED** |
|---|---|---|

STIPULTION OF DISMSSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC

Plaintiff, by counsel and Experian Information Solutions, Inc., by counsel, enter this STIPULATION OF DISMISSAL with prejudice as to Experian Information Solutions, Inc pursuant to FRCP 41(a)(1)(A)(ii). The court shall retain jurisdiction to enforce the terms of the settlement agreement.

**James A. Lewis, Jr.**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax

Experian Information Solutions, Inc

  /s/ David N. Anthony, Esq.           
David N. Anthony, Esq. VSB#31696
David.Anthony@Troutman.com (email)
Counsel for Experian Information Solutions, Inc.
Troutman Pepper Locke, LLP
1001 Haxall Point
Richmond, VA 23219
804.697.5410
804.698.5118 (fax)

)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 7 May 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Marc F. Kirkland, Esq.
Counsel for TransUnion, LLC

John W. Montgomery, Esq.
Counsel for Equifax Information Services, LLC

David N. Anthony, Esq.
Counsel for Experian Information Solutions, Inc.

John D. Sadler, Esq.
Counsel for Capital One Bank, LLC

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)