IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES A. LEWIS, JR.,
        Plaintiff,

v.                                                      Civil No. 3:25cv53 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
        Defendants.

### ORDER
**(Acknowledging Stipulation of Dismissal with Prejudice as to Experian)**

This matter comes before the Court on Plaintiff James A. Lewis, Jr.'s and Defendant

Experian Information Solutions, Inc's ("Experian") Stipulation of Dismissal with Prejudice

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1]  (ECF No. 30.)  The Court hereby

ACKNOWLEDGES this voluntary dismissal with prejudice.  The Court shall also retain

jurisdiction to enforce the terms of the settlement agreement between the parties.

The Court DIRECTS the Clerk's Office to close this case as to Experian.

This case as to Experian is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Alexandria, Virginia
Dated: May 7, 2025

---

[1]     Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."  Here, counsel for both parties signed the stipulation.