UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| James A. Lewis, Jr. ] <br>    Plaintiff ] <br> ] <br> v. ] <br> ] <br> Equifax Information Services, LLC ] <br> Experian Information Solutions, Inc. ] <br> Trans Union, LLC ] <br> Capital One Bank, N.A. ] <br>    Defendants | Case#: 3:25-CV-53-DJN <br><br> **JURY DEMANDED** |

STIPULTION OF DISMSSAL AS TO EQUIFAX INFORMAITION SERVICES, LLC

Plaintiff, by counsel and Equifax Information Services, LLC, by counsel, enter this STIPULATION OF DISMISSAL with prejudice as to Equifax Information Services, LLC pursuant to FRCP 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees. The court shall retain jurisdiction to enforce the terms of the settlement agreement.

| **James A. Lewis, Jr.** | Equifax Information Services, LLC |
|---|---|
| /s/ Jason M. Krumbein, Esq. | _____ |
| Jason M. Krumbein, Esq. VSB#43538 | John W. Montgomery, Esq. VSB#37149 |
| JKrumbein@KrumbeinLaw.com (e-mail) | JMontgomery@TMandE.com (email) |
| Counsel for Plaintiff | Counsel for Equifax Information Services, LLC |
| 10307 W. Broad St. Suite 293 | Traylor Montgomery & Elliot, PC |
| Glen Allen, VA 23060 | 130 E. Wythe St. |
| 804.592.0792 | Petersburg, VA 23803 |
| 804.823.2565 (fax | 804.861.1122 |
| | 804.733.6022 (fax) |

)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 22 May 2025 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Marc F. Kirkland, Esq.
Counsel for TransUnion, LLC

John W. Montgomery, Esq.
Counsel for Equifax Information Services, LLC

David N. Anthony, Esq.
Counsel for Experian Information Solutions, Inc.

John D. Sadler, Esq.
Counsel for Capital One Bank, LLC

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for James A. Lewis, Jr.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)