IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

JAMES A. LEWIS, JR.,
    Plaintiff,

v.                                                         Civil No. 3:25cv53 (DJN)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
    Defendants.

## ORDER
### (Acknowledging Stipulation of Dismissal with Prejudice as to Equifax)

This matter comes before the Court on Plaintiff James A. Lewis, Jr.'s and Defendant Equifax Information Services' ("Equifax") Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 33.) The Court hereby ACKNOWLEDGES this voluntary dismissal with prejudice, with each party to pay their own costs and attorneys' fees. The Court shall also retain jurisdiction to enforce the terms of the settlement agreement between the parties.

The Court DIRECTS the Clerk's Office to close this case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                     /s/
                                                   David J. Novak
Richmond, Virginia                          United States District Judge
Dated: May 27, 2025

---

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for both parties signed the stipulation.